IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL AGUILAR | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-872 |
| | § | |
| NATIONWIDE GENERAL INSURANCE | § | |
| COMPANY AND RICH KUHN | § | |
|    *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Defendant Nationwide General Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

 

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
Southern District Bar No. 38513
pkemp@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT
NATIONWIDE GENERAL INSURANCE
COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District Bar No. 1117137
rwall@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 22nd day of May, 2017 to:

    Matthew Zarghouni
    Zar Law Firm
    7322 Southwest Fwy., Suite 1965
    Houston, Texas 77074

    */s/ Patrick M. Kemp*
    Patrick M. Kemp