IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL AGUILAR<br>　*Plaintiff,*<br><br>v.<br><br>NATIONWIDE GENERAL INSURANCE<br>COMPANY AND RICH KUHN<br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:17-cv-872 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Raul Aguilar ("Plaintiff") and Defendant Nationwide General Insurance Company and Rich Kuhn ("Defendants") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendants related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about April 17, 2016.

2. Plaintiff and Defendants have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendants agree to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| /s/Matthew Zarghouni | /s/ Patrick M. Kemp |
| Matthew M. Zarghouni | Patrick M. Kemp |
| Texas Bar No. 24086085 | Texas Bar No. 24043751 |
| matt@zar-law.com | Southern District Bar No. 38513 |
| Zar Law Firm | pkemp@smsm.com |
| 7322 Southwest Fwy., Suite 1965 | Robert G. Wall |
| Houston, Texas 77074 | Texas Bar No. 24072411 |
| (713) 333-5533 | Southern District Bar No. 1117137 |
| (832) 448-9149 – Facsimile | rwall@smsm.com |
| | Segal McCambridge Singer & Mahoney |
| **ATTORNEY FOR PLAINTIFF RAUL AGUILAR** | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY** |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 12th of ___June___, 2017 to:

Matthew M. Zarghouni
Zar Law Firm
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074
matt@zar-law.com

 */s/ Patrick M. Kemp*
Patrick M. Kemp