United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL AGUILAR<br>*Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-872 |
| NATIONWIDE GENERAL INSURANCE COMPANY AND RICH KUHN<br>*Defendants.* | § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Raul Aguilar and Defendants Nationwide General Insurance Company and Rich Kuhn. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 13th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

1